# BARNES&THORNBURGLLP

225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662 U.S.A.
(612) 333-2111
Fax (612) 333-6798

www.btlaw.com

Kenneth D. Suzan
*ksuzan@btlaw.com*
(612) 367-8713 (P)
(612) 333-6798 (F)

February 7, 2017

**BY UPS**
Mr. Shawn Patrick Riley
37545 Stanchfield Lake Road Nw
Dalbo, Minnesota 55017

      Re:    Demand for Return of Personal Property

Dear Mr. Riley:

      We represent Lee Thomas Kjos ("Kjos") in connection with general business matters.

      Our client informed us that up until November 15, 2016 you were employed by Mr. Kjos to assist him with his photography shoots. While in the employ of Mr. Kjos, he provided the items listed below constituting his personal property to you solely for use in your role as his employee ("Kjos Personal Property"). With respect to custom props, Mr. Kjos paid you to have them created for his use. Numerous invoices you issued to Mr. Kjos document the specific amounts of the props and that they were created for his benefit and at his instruction. For example, one notation on an issued invoice reads "mount that Lee wants." You were subsequently compensated for the cost of your labor as well as for the full costs of the props.

      At no time were these items provided to you as a gift and all rights, title, and interest remained with Mr. Kjos. At the conclusion of your employment on November 15, 2016, all of these items were to be returned to him. Despite numerous requests, you have not returned the Kjos Personal Property.

      The following is an itemized inventory of Kjos Personal Property which must be returned to Mr. Kjos according to the terms of this demand letter. Photographs of the eight props are annexed to this letter under Exhibit "A".

Atlanta   Chicago   Dallas   Delaware   Indiana   Los Angeles   Michigan   Minneapolis   Ohio   Washington, D.C.

EXHIBIT A

Shawn Patrick Riley
February 7, 2017
Page 2

| Item Number | Item Description |
|---|---|
| 1 | Full Body Mount Whitetail Deer No. 1 |
| 2 | Full Body Whitetail Deer No. 2 (ozonics deer) |
| 3 | Mule Deer Head with Cape (in velvet) |
| 4 | Caribou Head with Cape |
| 5 | Elk Head and Cape with Removeable Antlers |
| 6 | Bighorn Sheep Head and Cape |
| 7 | Whitetail Head Mount (Adam Hayes Buck) |
| 8 | Benelli Montefeltro 20ga. (Youth) |
| 9 | NIKON 200-400 f4 VR II camera lens |
| 10 | APPLE iMAC computer containing all software and files, including, but not limited to ADOBE Creative Suite and Fonts |
| 11 | Any and all articles of clothing provided by Mr. Kjos for use as props |
| 12 | Any and all media drives for storage of computer files and digital images |

Your refusal to return the Kjos Personal Property constitutes theft and conversion under the laws of Minnesota. All of the enumerated articles constitute personal property owned by Mr. Kjos. Despite numerous attempts to recover these articles, the property remains under your willful interference and control. Mr. Kjos is being deprived of the personal property that he owns for an indefinite period of time. As a result, Mr. Kjos has suffered and is being damaged by your refusal to return his personal property.

Our client has also informed us that, upon information and belief, you may be contacting Mr. Kjos' clients to solicit business opportunities. To the extent that your actions interfere with Mr. Kjos' existing or prospective contractual relations, we will take the necessary legal actions to address those circumstances.

Accordingly, we must demand that you immediately:

1. Contact the undersigned by February 10, 2017 to arrange for the immediate return of the Kjos Personal Property (location for the return to be coordinated); and

2. Provide a written report of all actions taken to end the ongoing conversion of the Kjos Personal Property no later than seven (7) days from the date of this letter.

The demands contained in this letter are made without prejudice to any other action or demand which may be made on behalf of Mr. Kjos in the event that further action is required to protect Mr. Kjos' rights, including but not limited to, referral of this matter to the appropriate law enforcement authorities.

4661441_1
BARNES&THORNBURG LLP

Shawn Patrick Riley
February 7, 2017
Page 3

     This matter is of great importance to our client. We will appreciate your written confirmation that you will comply with the demands of this letter no later than **February 10, 2017**. We look forward to your prompt response.

Sincerely yours,

Kenneth D. Suzan

KDS/lrp
Enclosures

# EXHIBIT A

CAPTURE A MOMENT · TELL A STORY · MOVE THE PEOPLE

# KJOS OUTDOORS PROPERTY

Fully Body Mount Whitetail Deer no.1







KJOS OUTDOORS
5750 60TH STREET WEST, WEBSTER, MN 55088
E.LEE@KJOSOUTDOORS.COM · W.KJOSOUTDOORS.COM · C.612.708.2826

CAPTURE A MOMENT • TELL A STORY • MOVE THE PEOPLE



# KJOS OUTDOORS PROPERTY

Full Body Whitetail Deer no.2 (ozonics deer)





5750 60TH STREET WEST, WEBSTER, MN 55088
E LEE@KJOSOUTDOORS.COM • W KJOSOUTDOORS.COM • C 612 708 2828



# KJOS OUTDOORS PROPERTY

Mule Deer Head w/ Cape (in velvet)






**KJOS OUTDOORS**
5750 80TH STREET WEST, WEBSTER, MN 55088
E.LEE@KJOSOUTDOORS.COM · W KJOSOUTDOORS.COM · C 612.708.2826



# KJOS OUTDOORS PROPERTY
## Caribou Head w/ Cape



**KJOS OUTDOORS**
5750 60TH STREET WEST, WEBSTER, MN 55088
E LEE@KJOSOUTDOORS.COM   W KJOSOUTDOORS.COM   C 612.708.2826



# KJOS OUTDOORS PROPERTY

Elk Head and Cape w/ Removeable Antlers





KJOS OUTDOORS
5750 60TH STREET WEST, WEBSTER, MN 55088
E.LEE@KJOSOUTDOORS.COM · W.KJOSOUTDOORS.COM · C.612.708.2828



# KJOS OUTDOORS PROPERTY

Bighorn Sheep Head and Cape





**KJOS OUTDOORS**
5750 60TH STREET WEST, WEBSTER, MN 55088
E LEE@KJOSOUTDOORS.COM · W KJOSOUTDOORS.COM · C 612.708.2826



# KJOS OUTDOORS PROPERTY
## Whitetail Head Mount (Adam Hayes Buck)







CAPTURE A MOMENT · TELL A STORY · MOVE THE PEOPLE

# KJOS OUTDOORS PROPERTY
Benelli Montefeltro 20ga. (YOUTH)







9750 90TH STREET WEST, WEBSTER, MN 55088
E.LEE@KJOSOUTDOORS.COM · W.KJOSOUTDOORS.COM · C.812.708.2826

# Invoice

Riley Outdoors
37545 stanchfield lk rd nw
Dalbo, MN 55017

Customer

Lee Kjos
5750 60th st w
Webster, MN 55088

| Date | Invoice No. | P.O. Number | Terms | Project | | |
|------|-------------|-------------|-------|---------|--|--|
| 03/10/14 | 122 | | | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| photoshoot | purchase a tanned lifesize sheep hide for a mount that lee wants made for photoshoots. | 1 | 2,000.00 | 2,000.00 |
| | | | 0.00 | 0.00 |

| | Total | $2,000.00 |
|--|-------|-----------|

EXHIBIT B

**REDACTED**



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| | | **REDACTED** | | | |



ᴎᴠ¹ᵃᴑ,¹ᵃ/₊
¹ᵃᵃ

| 3/11 | | Bill Pay Shawn Riley on-Line xxx Xxxxxcable on 03-11 | | 4,500.00 | |

**REDACTED**

# Invoice

Riley Outdoors
37545 stanchfield lk rd nw
Dalbo, MN 55017

**Customer**

Lee Kjos
5750 60th st w
Webster, MN 55088

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 03/22/14 | 125 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| photoshoot | 4 shoot days in Cody WY for burris | 4 | 500.00 | 2,000.00 |
| photoshoot | 4 travel days, 2 each way | 4 | 250.00 | 1,000.00 |
| photoshoot | production. find models, locations, clothing and logistics for the video and stills crew | 1 | 500.00 | 500.00 |
| photoshoot | props, 3 coyotes, 2 fox, 1 bobcat, elk head, hind quarters, 2 deer heads | 1 | 600.00 | 600.00 |
| | | | 0.00 | 0.00 |

| | | |
|---|---|---|
| | Total | $4,100.00 |

**REDACTED**



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| | | **REDACTED** | | | |
| 3/25 | | Bill Pay Shawn Riley on-Line xxx Xxxxxcable on 03-25 | | 4,100.00 | |

**REDACTED**

# Invoice

Riley Outdoors
37545 stanchfield lk rd nw
Dalbo, MN 55017

Customer

Lee Kjos
5750 60th st w
Webster, MN 55088

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/15/14 | 124 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| photoshoot | purchase sheep horns for mount (prop for shoots) | 1 | 1,200.00 | 1,200.00 |
| photoshoot | mount sheep for use as a prop to put on a pack frame for various shoots. | 1 | 1,000.00 | 1,000.00 |
| | | | 0.00 | 0.00 |

| | Total | $2,200.00 |
|---|---|---|

# Invoice

Riley Outdoors
37545 stanchfield lk rd nw
Dalbo, MN 55017

Customer

Lee Kjos
5750 60th st w
Webster, MN 55088

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 03/15/14 | 123 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| photoshoot | Go cut 9 trees down and de-limb them for use as poles on a wall tent. wall tent will be used in various shoots. one days work | 1 | 500.00 | 500.00 |
| photoshoot | milage | 120 | 0.55 | 66.00 |
| | | | 0.00 | 0.00 |

| | Total | $566.00 |
|---|-------|---------|

**REDACTED**



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|

**REDACTED**

ᴵⁿᵘ 123+124  3/18     Bill Pay Shawn Riley on-Line xxx Xxxxxcable on 03-18     2,766.00     REDA

**REDACTED**

**From:** shawn@rileyoutdoors.com
**Subject:** invoices
    **Date:** February 14, 2011 at 8:24 AM
    **To:** Nancy Dukart nancy@kjosoutdoors.com

Hey Nancy, I have a few invoices for you..

#293 Husqvarna
2 shoot days @ $400 = $800
2 travel days @ $200 = $400
Total of $1200


#294 UA Duck Commander
2 shoot days @ $400 = $800
2 travel days @ $200 = $400
Total of $1200


#295 Reconyx (and others were applicable)
Mount Lifesize whitetail to use in up comming Reconyx add and other adds were possible.
$2600
This one should try to get taken care of as soon as possible, it was a rush deal so I gave the
$1000 down to get him going on the deer while we were in MI shooting husqvarna. We are
going to shoot the add next week.

Let me know if you have any questions Nancy, hope all is good !!




Shawn Riley

**REDACTED**



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-----------|------------|---------|
| | | **REDACTED** | | | |

$out 293, 294$
$+ 295$

| 3/10 | | Bill Pay Shawn Riley on-Line xxx Xxxxxxable on 03-10 | | 500.00 | |

**REDACTED**

# BARNES&THORNBURGLLP

225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662 U.S.A.
(612) 333-2111
Fax (612) 333-6798

www.btlaw.com

Kenneth D. Suzan
*ksuzan@btlaw.com*
(612) 367-8713 (P)
(612) 333-6798 (F)

February 7, 2017

Mr. Shawn Patrick Riley
37545 Stanchfield Lake Road Nw
Dalbo, Minnesota 55017

  Re:  Copyright Infringement

Dear Mr. Riley:

We represent Lee Thomas Kjos ("Kjos") in connection with intellectual property matters. Mr. Kjos considers his intellectual property amongst his most valuable assets and acts diligently to ensure the protection of his intellectual property. As a photographer, amongst Mr. Kjos' intellectual properties are copyrights to his photographs which afford him the worldwide exclusive rights to reproduce, distribute, display, and prepare derivative works based upon the copyrighted photographs. *See* 17 U.S.C. § 106.

It has recently come to our client's attention that you posted at least 24 photographs ("Kjos Photographs"), owned by Kjos either as photographer of the particular subject or as a work-for-hire, on www.instagram.com under your personal Instagram page bearing the tile "Shawn_P_Riley MN based Freelance Photographer/Producer". Mr. Kjos never authorized you to use or post these photographs anywhere, including but not limited to, online social media platforms. A copy of the Instagram page containing the 24 unauthorized photographs to promote your business is annexed as Exhibit A. The photographs at issue are marked by a number in pen.

Your actions constitute copyright infringement pursuant to 17 U.S.C. § 106. If our client is required to pursue this matter further, Mr. Kjos may recover its actual damages, as well as your profits, from unauthorized sales. *See* 17 U.S.C. § 504.

Accordingly, we must demand that you immediately:

1. Immediately and forever cease and desist from all reproduction, distribution, display, performance, preparation of derivatives of, and any other use of unauthorized copies of the Kjos Photographs;

2. Immediately remove the Kjos Photographs from any and all Websites and corresponding mobile platforms including, but not limited to: https://www.instagram.com/shawn_p_riley/;

Atlanta Chicago Dallas Delaware Indiana Los Angeles Michigan Minneapolis Ohio Washington, D.C.

# EXHIBIT C

Shawn Patrick Riley
February 7, 2017
Page 2


3. Immediately disable and/or destroy all copies of all materials (printed and electronic) using the Kjos Photographs;

4. Identify the dates when you first started using the Kjos Photograph and the places where you have used the Kjos Photographs;

5. Provide a written report of all actions taken to end the ongoing infringement of the Kjos Photographs no later than seven (7) days from the date of this letter;

The demands contained in this letter are made without **prejudice** to any other action or demand which may be made on behalf of Mr. Kjos in the event **that** further action is required to protect Mr. Kjos' intellectual property rights.

This matter is of great importance to our client. We will appreciate your written confirmation that you will comply with the demands of this letter no later than **February 10, 2017**. We look forward to your prompt response.

Sincerely yours,

Kenneth D. Suzan

KDS/lrp
Enclosures

4661258_1
BARNES&THORNBURG LLP

# EXHIBIT A

Search



shawn_p_riley    Follow

**68** posts      **997** followers      **131** following

**Shawn_P_Riley** MN based Freelance Photographer/Producer



Experience the best version of
Instagram by getting the app.

Shawn_P_Riley (@shawn_p_riley) • instagram photos and videos



**Experience the best version of
Instagram by getting the app.**














Experience the best version of
Instagram by getting the app.



Experience the best version of
Instagram by getting the app.



Experience the best version of
Instagram by getting the app.



ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2017 INSTAGRAM

**Experience the best version of
Instagram by getting the app.**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Laynlughe Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-032-822**

**Effective Date of Registration:**
March 13, 2017

## Title

**Title of Work:**  NORTH FORK MOUNTAINS GWYDB PANO

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 16, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lee Thomas Kjos
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1960

## Copyright Claimant

**Copyright Claimant:** Lee Thomas Kjos
5750 60th Street W, Webster, MN, 55088, United States

## Rights and Permissions

**Name:** Lee Thomas Kjos
**Address:** 5750 60th Street W
Webster, MN 55088 United States

## Certification

**Name:** Kenneth D. Suzan
**Date:** March 13, 2017
**Applicant's Tracking Number:** 61887-262825

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-032-824

**Effective Date of Registration:**
March 13, 2017

## Title _____

**Title of Work:** SUPER VINCI SNOW GOOSE HUNTER SPREAD

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** November 09, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Lee Thomas Kjos
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1960

## Copyright Claimant _____

**Copyright Claimant:** Lee Thomas Kjos
5750 60th Street W, Webster, MN, 55088, United States

## Rights and Permissions _____

**Name:** Lee Thomas Kjos
**Address:** 5750 60th Street W
Webster, MN 55088 United States

## Certification _____

**Name:** Kenneth D. Suzan
**Date:** March 13, 2017
**Applicant's Tracking Number:** 61887-262825



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-032-819**

**Effective Date of Registration:**
March 13, 2017

## Title

**Title of Work:** HAULIN' GREENHEADS ON AN ASPEN LIMB

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lee Thomas Kjos
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1960

## Copyright Claimant

**Copyright Claimant:** Lee Thomas Kjos
5750 60th Street W, Webster, MN, 55088, United States

## Rights and Permissions

**Name:** Lee Thomas Kjos
**Address:** 5750 60th Street W
Webster, MN 55088 United States

## Certification

**Name:** Kenneth D. Suzan
**Date:** March 13, 2017
**Applicant's Tracking Number:** 61887-262825

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaymtryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-032-826

**Effective Date of Registration:**
March 13, 2017

---

## Title

**Title of Work:** LATE-SEASON MALLARDS ON WET FIELD

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 09, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lee Thomas Kjos
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1960

## Copyright Claimant

**Copyright Claimant:** Lee Thomas Kjos
5750 60th Street W, Webster, MN, 55088, United States

## Rights and Permissions

**Name:** Lee Thomas Kjos
**Address:** 5750 60th Street W
Webster, MN 55088 United States

## Certification

**Name:** Kenneth D. Suzan
**Date:** March 13, 2017
**Applicant's Tracking Number:** 61887-262825

---





| | |
|---|---|
| Document title: | Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/shawn_p_riley/ |
| Captured site IP: | 31.13.69.245 |
| Page loaded at (UTC): | Fri, 10 Mar 2017 21:42:54 GMT |
| Capture timestamp (UTC): | Fri, 10 Mar 2017 21:43:43 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/455876 |
| User: | btlaw-ksuzan |






Sign up to see photos and videos
from your friends.

Sign up































Sign up to see photos and videos from your friends.

Sign up






























Sign up to see photos and videos from your friends.

Sign up



PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/p/BQDXxdBg9VI/?taken-by=shawn_p_riley |
| Captured site IP: | 31.13.65.52 |
| Page loaded at (UTC): | Fri, 10 Mar 2017 21:44:34 GMT |
| Capture timestamp (UTC): | Fri, 10 Mar 2017 21:44:48 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/455897 |
| User: | btlaw-ksuzan |





| | |
|---|---|
| Document title: | Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/p/BROfMn8Bd11/?taken-by=shawn_p_riley |
| Captured site IP: | 31.13.65.52 |
| Page loaded at (UTC): | Fri, 10 Mar 2017 21:42:54 GMT |
| Capture timestamp (UTC): | Fri, 10 Mar 2017 21:44:31 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/455895 |
| User: | btlaw-ksuzan |



Document title: Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/BROfMn8Bd11/?taken-by=shawn_p_riley
Capture timestamp (UTC): Fri, 10 Mar 2017 21:44:31 GMT


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/p/BRYd-QHBpVc/?taken-by=shawn_p_riley |
| Captured site IP: | 31.13.69.245 |
| Page loaded at (UTC): | Fri, 10 Mar 2017 21:42:54 GMT |
| Capture timestamp (UTC): | Fri, 10 Mar 2017 21:43:59 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/455886 |
| User: | btlaw-ksuzan |





| | |
|---|---|
| Document title: | Shawn_P_Riley (@shawn_p_riley) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/p/yHzbWAtAwT/?taken-by=shawn_p_riley |
| Captured site IP: | 31.13.69.245 |
| Page loaded at (UTC): | Fri, 10 Mar 2017 21:44:49 GMT |
| Capture timestamp (UTC): | Fri, 10 Mar 2017 21:45:33 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/455900 |
| User: | btlaw-ksuzan |

**PAGE VAULT PDF REF#:**   djVUJshYU9BkTz9rTVdR8T

shawn_p_riley   Follow

32 likes

shawn_p_riley Go where you don't belong.
#rushunt
#bad ass brand

Log in to like or comment.

*Instagram*

34 MINUTES AGO

 shawn_p_riley    ⋮



♡ ○ ▽                          🔖

● **connorneva** and **16 others**
**shawn_p_riley** Sometimes, you just
have to improvise !

View 1 comment
40 MINUTES AGO

 **shawn_p_riley** Sometimes, you just have to improvise !

**goose_creek_sika** This is EPIC!! Killer shot, Shawn.

36m   **Reply**