UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Lee Thomas Kjos, Kjos Outdoors, | Case No. 17-cv-03567-WMW-HB |
| Plaintiffs, | |
| vs. | |
| Shawn Patrick Riley, Riley Outdoors, | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| Defendants. | |

_____

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys, Michael C. Rajkowski and Cally R. Kjellberg-Nelson, currently listed as counsel of record for Defendants Shawn Patrick Riley, Riley Outdoors, hereby withdraws as counsel of record in the above-entitled matter.

PLEASE TAKE FURTHER NOTICE that Defendant Shawn Riley will be representing himself in the above-entitled matter.

Therefore, the undersigned counsel gives notice of this withdrawal and requests that this withdrawal be entered on the docket and the appearance in the case be terminated.

                                          QUINLIVAN & HUGHES, P.A.

Dated: December 12, 2017      By:   /s/ Michael C. Rajkowski
                                                  Michael C. Rajkowski #195303
                                                  Cally R. Kjellberg-Nelson # 0390443
                                                  Attorneys for Defendants
                                                  P.O. Box 1008
                                                  St. Cloud, MN  56302-1008
                                                  (320) 251-1414
                                                  (320) 251-1415 (Fax)
                                                  mrajkowski@quinlivan.com
                                                  ckjellberg-nelson@quinlivan.com