UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Lee Thomas Kjos, Kjos
Outdoors,                                        Case No. 17-cv-03567-WMW-HB

     Plaintiffs,

vs.

Shawn Patrick Riley, Riley              **MOTION TO WITHDRAW AS**
Outdoors,                                        **COUNSEL OF RECORD WITHOUT**
                                                     **SUBSTITUTION FOR DEFENDANTS**
     Defendants.                          **SHAWN RILEY AND RILEY**
                                                     **OUTDOORS**

_____

     Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, counsel for Shawn Riley and Riley Outdoors, Michael Rajkowski and Cally Kjellberg-Nelson and all other attorneys of record in this matter hereby request the Court and counsel allow for the withdrawal as counsel of record for Shawn Riley and Riley Outdoors. The undersigned currently are listed as counsel for Shawn Riley and Riley Outdoors and of counsel and hereby request withdrawal and in support thereof state:

- Defendants are unable to afford legal fees associated with this mater, and have asked Quinlivan & Hughes, P.A. terminate its attorney-client representation.

- Defendant Riley Outdoors is not an LLC registered with the State of Minnesota, nor any other state.

- Defendant Riley Outdoors operates as a D.B.A.

- Defendant Shawn Riley has asked to represent himself and Riley Outdoors.

QUINLIVAN & HUGHES, P.A.

Dated: December 19, 2017          By:     /s/ Michael C. Rajkowski
                                          Michael C. Rajkowski #195303
                                          Cally R. Kjellberg-Nelson # 0390443
                                          Attorneys for Defendants
                                          P.O. Box 1008
                                          St. Cloud, MN  56302-1008
                                          (320) 251-1414
                                          (320) 251-1415 (Fax)
                                          mrajkowski@quinlivan.com
                                          ckjellberg-nelson@quinlivan.com