**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**<u>Early Settlement Conference Project</u>**

| | |
|---|---|
| Lee Thomas Kjos, Kjos Outdoors, LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>Shawn Patrick Riley and Riley Outdoors, LLC,<br><br>                    Defendants. | Case No. 17-cv-3567 (WMW/HB)<br>Judge Wilhelmina M. Wright<br><br><br>**NOTICE OF<br>LIMITED APPEARANCE** |

   PLEASE TAKE NOTICE that Scott M. Flaherty of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota  55402, appears as Special Settlement Conference Counsel for Shawn Patrick Riley in the Court's referral of the above-captioned matter to the Early Settlement Conference Project.  During the course of Special Settlement Conference Counsel's limited representation, Special Settlement Counsel and Shawn Patrick Riley should be served with or copied on all correspondence, pleadings, and orders pertaining to the above-captioned matter.

Date: May 16, 2018

By: s/ *Scott M. Flaherty*
Scott M. Flaherty (#0388354)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  554042
Telephone:    612.977.8400
Email:            sflaherty@briggs.com

Special Settlement Conference Counsel
for Shawn Patrick Riley
Pursuant to the Early Settlement Conference Project