UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Early Settlement Conference Project**

Lee Thomas Kjos, Kjos Outdoors, LLC,      Case No. 17-cv-3567 (WMW/HB)
                                                               Judge Wilhelmina M. Wright
     Plaintiffs,

v.                                   **DECLARATION OF PRO SE PARTY**
                                       **DEFENDANT SHAWN PATRICK RILEY**

Shawn Patrick Riley and Riley Outdoors, LLC,

     Defendants.

The assigned District Judge or Magistrate Judge has determined that the above-captioned case may benefit from the parties' participation in the Early Settlement Conference Project. To participate in the Early Settlement Conference Project, the *pro se* party must read and sign this Declaration. Special Settlement Conference Counsel assisting you will enter this signed document in the Court file.

Please read and complete the declaration that follows:

**Declaration**

I, Shawn Patrick Riley, am the *pro se* Defendant in this case and understand that the Court has referred my case to the Early Settlement Conference Project. I declare under penalty of perjury under the laws of the State of Minnesota as follows: (Please insert your initials after reading each question)

1.     **REPRESENTATION.** I am not represented by an attorney and no attorney has made an appearance for me in this case. __SR__ (Initials)

2.     **INFORMATION.** I have read and considered materials provided about the Early Settlement Conference Project. __SR__ (Initials)

3.     **PURPOSE OF EARLY SETTLEMENT CONFERENCE PROJECT.** I understand that the purpose of the Early Settlement Conference Project is to assist *pro se* litigants with resolving all or part of the dispute underlying their cases by exploring not only the relevant evidence and law, but also the interests, needs, and priorities of the parties. __SR__ (Initials)

4.     **REFERRAL TO EARLY SETTLEMENT CONFERENCE PROJECT.** I understand that the Court has referred my case to the Early Settlement Conference Project, and through this referral, I will be offered the assistance of a Special Settlement Conference Counsel solely to help me prepare for and participate in a Court-annexed Settlement Conference. __SR__ (Initials)

5.     **LIMITED ASSISTANCE OF SPECIAL SETTLEMENT CONFERENCE COUNSEL.** I understand that the only assistance that Special Settlement Conference Counsel may offer is to educate and assist me with the preparation for and participation in a Court-annexed Settlement Conference. __SR__ (Initials)

I further understand and agree as follows:

     a.     I understand and agree that Special Settlement Conference Counsel will provide no other legal service of any kind in this case, without prior written agreement between the Special Settlement Conference Counsel and me to do so; __SR__ (Initials)

     b.     I understand and agree that Special Settlement Conference Counsel's responsibility will not involve any control of the case; __SR__ (Initials)

    c.    I understand and agree that Special Settlement Conference Counsel's scope of representation is limited to help me prepare for and participate in a Court-annexed Settlement Conference; __SK__ (Initials)

    d.    I understand and agree that the Special Settlement Conference Counsel shall not analyze my overall legal needs, conduct an independent investigation of my case, or otherwise represent me in any manner other than in connection with helping me prepare for and participate in the Court-annexed Settlement Conference; and __SK__ (Initials)

    e.    I understand and agree Special Settlement Conference Counsel's limited scope of representation is reasonable under the circumstances and I give informed consent to this limited scope of representation. __SK__ (Initials)

**6. NO CONTRACT.** While there will be an attorney-client relationship between Special Settlement Conference Counsel and me during the course of the limited representation, I understand and agree that I have no contractual relationship with Special Settlement Conference Counsel for other legal services. I will enter no contract with Special Settlement Conference Counsel for other legal services during the time this case is in the Early Settlement Conference Project without a written order by the Court permitting such a contract. __SK__ (Initials)

**7. COMMUNICATION.** I give my permission to opposing counsel to send correspondence, pleadings, documents, and orders to Special Settlement Conference Counsel and me during the course of the limited representation through the Early Settlement Conference Project.

**8. EVALUATION.** I agree to participate in the evaluation of the Early Settlement Conference Project. I further agree that any person authorized by the Court may, for purposes of evaluation: (1) attend the Settlement Conference in this case, and (2) attend Court proceedings concerning the Early Settlement Conference Project. I further agree that Special Settlement Conference Counsel may respond to any inquiries about the case from any such person authorized by the Court to evaluate the Early Settlement Conference Project without Special Settlement Conference Counsel disclosing privileged or confidential information. __SK__ (Initials)

**9. CONCLUSION.** I confirm and acknowledge that I have carefully considered the purpose and scope of the Early Settlement Conference Project and the terms of assistance Special Settlement Conference Counsel will provide as set forth above. __SK__ (Initials)

Dated: __5-16-18__    By: __/s/ Shawn Riley__
                            Signature of *Pro Se* Litigant

                      Shawn                      Patrick Riley
                      Print Name __Shawn Riley__

**Please give this completed Declaration to the
Special Settlement Conference Counsel who will file it with the Clerk of Court**